1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 05-00196-001-PCT-PGR |
| Plaintiff, | |
| vs. | |
| Holyan Carl Massey, | **ORDER** |
| Defendant. | |

An initial appearance on the petition on pretrial release was held on November 15, 2005.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a pretrial revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant failed to remain and reside at Recovery Homes, Inc. as ordered by the Court.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by future conditions of release regarding residential treatment.

1    **IT IS ORDERED** that the Defendant shall remain detained pending further order of
2  the court.

4    DATED this 18th day of November, 2005.

                                                     */s/ Lawrence O. Anderson*
                                                    Lawrence O. Anderson
                                                   United States Magistrate Judge